FILED
SEP - 8 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) No. | 4:21CR00498 RWS/SRW |
| DORTRIEZ JENNINGS, | ) ) | |
| Defendant. | ) ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorneys for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. The Defendant is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), an offense for which a maximum ten years imprisonment is prescribed under Title 18. The Defendant is also charged with possession with intent to distribute heroin and fentanyl, in violation of 21 U.S.C. § 841(a), an offense for which a maximum twenty-years imprisonment is prescribed. Further, the Defendant is charged with possessing a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c), an offense for a which the minimum term of imprisonment is five years. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

2. According to the Florissant Police Department, on July 6, 2021, an officer observed a black Ford Fusion with no front license plate driving down the street. The officer got behind the Fusion, pulled the

vehicle over, and conducted a computer check of the license plate. The officers discovered that the Ford Fusion was wanted in connection with an assault. As a result, the officer approached the vehicle and asked the Defendant to step out of the Ford Fusion. Officers observed a female and baby in the Fusion as well. When asked to provide his name and date of birth, the Defendant gave the officer false information. While talking with the Defendant, the officer smelled marijuana and observed suspected marijuana in the back seat. As a result, officers searched the Ford Fusion and located 38 black capsules containing fentanyl on the center console, a Glock .40 caliber pistol, loaded with thirty rounds of ammunition, under the driver's seat, and two bags containing twenty-nine grams of heroin in a black case under the baby's car seat. The Defendant was arrested and placed in the back seat of the patrol car, at which time he made statements admitting to possessing the gun and the controlled substances.

3. The Defendant's criminal history reflects that he has multiple felony convictions including, but not limited to, the following:

- 1822-CR02266, *State of Missouri v. Dortriez Jennings*
  Guilty Plea/Sentence Date:   July 29, 2019
  Count One:   Stealing from a Person*
  Sentence:   5ySES, 2 years probation
  *Originally charged with Robbery in the First Degree

- 4:19-CR-887 RLW, *United States v. Dortriez Jennings*
  Guilty Plea/Sentence Date:   February 25, 2020/July 27, 2020
  Count One:   Felon in Possession of a Firearm
  Sentence:   18 months, 2 years SR

4. The Defendant is still on supervised release for his conviction in Cause No. 4:19-CR-887 RLW.

5. There is a serious risk that the Defendant will flee, given the failure to comply with supervision while on probation and supervised release, and the potential sentence the Defendant faces in this case.

6. The Defendant's criminal history and the nature and circumstances of the offense charged, reflect that there is a serious danger to the community that would be posed by the defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order the Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


*/s/ Jennifer Szczucinski*
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney