UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 3 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1 – 4:21 CR 498 RWS SRW ) ) |
| DORTRIEZ JENNINGS, | ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 6, 2021, in St. Louis County, within the Eastern District of Missouri,

**DORTRIEZ JENNINGS,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about July 6, 2021, in St. Louis County, within the Eastern District of Missouri,

**DORTRIEZ JENNINGS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance

drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about July 6, 2021, in St. Louis County, within the Eastern District of Missouri,

**DORTRIEZ JENNINGS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about July 6, 2021 in St. Louis County, within the Eastern District of Missouri,

**DORTRIEZ JENNINGS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Counts Two and Three.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

The Grand Jury further charges that:

On or about September 16, 2021, in St. Louis County, within the Eastern District of Missouri,

**DORTRIEZ JENNINGS,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney